1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANET BINGO LLC, et al.,<br><br>        Plaintiffs,<br><br>    vs.<br><br>RANDY VON DRASEK, et al.,<br><br>        Defendants. | Lead Case:<br>Case No.: CV 08-04822-GW(FMOx)<br><br>Consolidated with:<br>Case No.: **CV 11-01410-GW(FMOx)**<br><br>**ORDER RE: STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANT EGSI**<br><br>Hon. George Wu |

12
13
14
15
16
17
18
19
20
21

22    The Court, having been advised in the parties' STIPULATION FOR

23 VOLUNTARY DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST

24 DEFENDANT EGSI, and for good cause shown, hereby orders as follows:

25    **IT IS ORDERED** that all claims, asserted or otherwise, and actions by

26 Plaintiffs Planet Bingo, LLC and Planet Bingo, Inc. (collectively, "Planet") pending

27 against Defendant Electronic Game Solutions, Inc. ("EGSI") in the following matters

28

1

1

2  are hereby dismissed with prejudice, with each of Planet and EGSI to bear its own

3  attorneys' fees and costs, as against each other: *Planet Bingo, LLC and Planet Bingo,*

4  *Inc. v. Randy Von Drasek, Javier Rios, Mike Kerr, and BigTrak Technologies, LLC*,

5  Case No. 08-04822 GW (FMOx), consolidated with *Planet Bingo, LLC v. Electronic*

6  *Game Solutions, Inc.*, Case No. CV 11-01410 GW (FMOx)

7         The United States District Court for the Central District of California, Judge

8  George Wu presiding, shall retain jurisdiction to enforce the terms and adjudicate any

9  justiciable disputes arising out of the Settlement Agreement executed between Planet

10  and EGSI.

11         **IT IS SO ORDERED.**

12

13  DATED:  February 16, 2012

14

15  _____

16  HON. GEORGE H. WU
   UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE: STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF ALL CLAIMS
AGAINST DEFENDANT EGSI

Detroit_1160207_1